(Cover Letter)

Steven M. Kilgore
Onondaga Co. Justice Center
555 So. State St.
Syracuse, N.Y. 13202

To: Clerk
U.S. District Court Northern New York
100 S. Clinton St
Syracuse, N.Y. 13214

Re: Pro-se Civil 42 U.S.C. 1983 / Authorization Form / In Forma Pauperis (included)    Jan. 17th, 2021

Dear Clerk:

Please file the handwritten civil complaint in accordance with the rules of Court, as Pro-se litigations.

I'm unsure of exact release date, but my understanding is, I'm to let you guys know Plaintiff contact info upon release, or in the event there of, and or Mailing address.

Mailing address in the event Released:

To: Steven M. Kilgore
C/O: Robert M. Jones
68 Caton DR. #B-22
Dewitt, N.Y. 13214

Name: Steven M. Kilgore

~~[redacted]~~
~~[redacted]~~ Onondaga Co. Justice Center
~~[redacted]~~ 555 So. State St.
Syracuse, N.Y.
13202

(Legal Mail)

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN 25 2021

RECEIVED

TO: Clerk
C/o United State District Courthouse
Northern District of New York
100 ~~No.~~ Clinton ~~St.~~
Syracuse, N.Y. 13204